UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED HUSSEIN HAJI,

    Petitioner,

v.

KIRSTJEN NIELSEN, et al.,

    Respondents.

CASE NO. C18-0717-RAJ

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because petitioner does not appear to have funds available to afford the $400.00 filing fee, petitioner financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, petitioner's IFP application (Dkt. 2) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to petitioner and to the assigned District Judge.

DATED this 29th day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge