Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

MOHAMED HUSSEIN HAJI,

Petitioner,

v.

KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, *et al.*,

Respondents.

Case No. C18-717-RAJ

JOINT STIPULATION AND ORDER FOR REMAND AND DISMISSAL WITHOUT PREJUDICE

## **JOINT STIPULATION**

The parties hereby stipulate and agree that Petitioner's naturalization application be remanded to United States Citizenship and Immigration Services ("USCIS") for further adjudication, with a second interview within thirty (30) days after entry of this Order and issuance of a decision within sixty (60) days after the interview. The parties further stipulate and agree that the Court may make and enter an order dismissing this case without prejudice and without costs or fees to either party.

///

///

JOINT STIPULATION AND ORDER
FOR REMAND AND DISMISSAL
[Case No. C18-717-RAJ]- 1

U.S. Department of Justice
Civil Division
Office of Immigration
Litigation
P.O. Box 868,
Ben Franklin Station
Washington D.C., 20044

Dated this  6  day of September, 2018.

  s/ Bart Klein
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: 206-624-3787
Email:  bart.klein@bartklein.com

Attorney for Plaintiff

Dated this  6  day of September, 2018.

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

ELIANIS PEREZ
Assistant Director

  s/ C. Frederick Sheffield
C. FREDERICK SHEFFIELD
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington D.C., 20044
Phone: (202) 532-4737
Carlton.f.sheffield@usdoj.gov

Attorneys for Defendants

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED.  The case is hereby dismissed without prejudice and without costs or fees to either party.

DATED this 7th day of September, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION AND ORDER
FOR REMAND AND DISMISSAL
[Case No. C18-717-RAJ]- 2

U.S. Department of Justice
Civil Division
Office of Immigration
Litigation
P.O. Box 868,
Ben Franklin Station
Washington D.C., 20044